

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK • LOS ANGELES

JON C. CERETTO
CLERK OF COURT

# TRANSMITTAL LETTER

RE:  Transfer of Adversary Proceeding

In Re: **United Airlines vs. Donna Trapp**

Bankruptcy No.: **N/A**

Adversary No.: **Adv. 06-01338 RN**

KC **FILED**
NOV 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

I am hereby transmitting a signed order entered in the above-entitled case, together with a copy of the courts docket.

Please acknowledge receipt of same on the attached copy of this letter and return in the self-addressed franked envelope.

Very truly yours,

JON D. CERETTO, Clerk
U.S. Bankruptcy Court

By: *Sonny Milano*
Deputy Clerk

cc:  All parties of interest

Receipt is acknowledged of the documents described herein.

Date: _____   New Case No.: _____

Name of District Judge assigned: _____

Dated: _____   By: _____
B-3016. 6/02                           Deputy Clerk

07CV6247
JUDGE COAR
MAGISTRATE JUDGE VALDEZ

**TRANSFER, CLOSED**

## U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Adversary Proceeding #: 2:06-ap-01338-RN
#### Internal Use Only

*Assigned to:* Richard M Neiter  
*Related BK Case:*  
*Related BK Title:*  
*Related BK Chapter:*  
*Demand:*  
*Nature[s] of Suit:* 459 Application For Removal

*Date Filed:* 02/08/06  
*Date Terminated:* 12/21/06

**Plaintiff**
-------------------

| | |
|---|---|
| **UALCorporation** | represented by **Craig G Staub**<br>2049 Century Park East 5th Flr<br>Los Angeles, CA 90067-3107<br>310-553-0308<br>*LEAD ATTORNEY* |
| *aka*<br>**United Airlines**<br>**Joni Techawashi** | represented by **Craig G Staub**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Frank Colosi** | represented by **Craig G Staub**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Jo Margolf** | represented by **Craig G Staub**<br>(See above for address)<br>*LEAD ATTORNEY* |

V.

**Defendant**
-------------------

| | |
|---|---|
| **Donna M Trapp**<br>6615 Pacific Avenue Apt 101<br>Playa Del Rey, CA 90292 | represented by **Donna M Trapp**<br>PRO SE |

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 02/08/2006 | 1 | 459 (Application For Removal): Complaint by Donna M Trapp against UAL Corporation , Joni Techawashi , Frank Colosi , Jo Margolf . Receipt Number O, Fee Amount $250 (Suarez, Romeo) Additional attachment(s) added on 2/8/2006 (Suarez, Romeo). Additional attachment(s) added on 2/8/2006 (Suarez, Romeo). (Entered: 02/08/2006) |
| 02/08/2006 | | Receipt of Adversary Filing Fee - $250.00 by 39. Receipt Number 20015196. (admin) (Entered: 02/09/2006) |
| 02/08/2006 | 4 | Notice of interested parties; Filed by Craig Staub attorney for defendant UAL Corporation (Bryant, Sandra R.) (Entered: 02/27/2006) |
| 02/08/2006 | 5 | Notice of related cases Filed by Plaintiff UAL Corporation (Bryant, Sandra R.) (Entered: 02/27/2006) |
| 02/09/2006 | 6 | Notice to plaintiff and counsel of filing notice of removal of civil action to Bankrupcy Court from State Court Filed by Plaintiff UALCorporation(Bryant, Sandra R.) (Entered: 02/27/2006) |
| 02/09/2006 | 7 | Proof of service Filed by Plaintiff UALCorporation . (Bryant, Sandra R.) (Entered: 02/27/2006) |
| 02/21/2006 | 2 | In accordance with the Administrative Order 06-01 dated 2/16/2006, this case is hereby reassigned from Judge Erithe A Smith to Judge Richard M Neiter. (Johnson, Tina R.) (Entered: 02/21/2006) |
| 02/21/2006 | 3 | In accordance with the Administrative Order 06-01 dated February 16, 2006, this case is hereby reassigned from Judge Erithe A Smith to Judge Richard M Neiter. (Hernandez, Kevin) (Entered: 02/21/2006) |
| 02/23/2006 | 8 | Notice of status conference re notice of removal with certificate of mailing (Bryant, Sandra R.) (Entered: 02/27/2006) |
| 02/27/2006 | | Hearing Set (RE: related document(s)1 Complaint, filed by Defendant Donna M Trapp) Status hearing to be held on 4/20/2006 at 09:30 AM at Crtrm 1645, 255 E Temple St., Los Angeles, CA 90012. (Bryant, Sandra R.) (Entered: 02/27/2006) |
| 03/13/2006 | 9 | Notice of discharge; with proof of service - Filed by Counsel for the Debtors and Debtors-in-Possession . (Johnson, Tina R.) (Entered: 03/15/2006) |
| 04/13/2006 | 10 | Notice of Discharge; filed by Plaintiffs Frank Colosi , Jo Margolf , Joni Techawashi , UALCorporation . (Milano, Sonny) (Entered: 04/14/2006) |

| | | |
|---|---|---|
| 04/21/2006 | 11 | Hearing Held Continued to 6-20-06 at 9:30 a.m. (Entered: 04/21/2006) |
| 05/23/2006 | 12 | Motion of Debtor United Air Lines, Inc. for order pursuant to 28 U.S.C. section 1412 authorizing Transfer of Venue to the United States District Court for the Northern District of Illinois, Eastern Division and Notice of motion; with proof of service - Filed by United Airlines, Inc - Hearing 6-20-06 at 9:30 a.m., Courtroom 1645 [Amended Notice to be Filed]. (Johnson, Tina R.) (Entered: 05/25/2006) |
| 05/23/2006 | 13 | Memorandum of points and authorities in support of Debtor United Airlines, Inc.'s motion for order pursuant to 28 U.S.C. section 1412 authorizing transfer of venue to the United States District Court for the Northern District of Illinois, Eastern Division; with proof of service - Filed by Plaintiff United Airlines, Inc. [Related to 12]. (Johnson, Tina R.) (Entered: 05/25/2006) |
| 05/25/2006 | | Hearing Set (RE: related document(s)12 Generic Motion, filed by Plaintiff UALCorporation) Hearing to be held on 6/20/2006 at 09:30 AM Crtrm 1645, 255 E Temple St., Los Angeles, CA 90012 for 12, (Johnson, Tina R.) (Entered: 05/25/2006) |
| 05/30/2006 | 14 | Amended Notice of motion and Motion authorizing transfer of venue to the United States District Court for the Northern District of Illinois, Eastern District (related document(s): 12 Motion filed by Plaintiff UALCorporation) Filed by Plaintiff UALCorporation (Bryant, Sandra R.) (Entered: 06/02/2006) |
| 06/30/2006 | 15 | Order pursuant to 28 U.S.C. Section 1412 Authorizing Transfer of Venue to the United States District Court for the Northern District of Illinois, Eastern Division. Signed on 6/30/2006. (Milano, Sonny) (Entered: 07/05/2006) |
| 12/21/2006 | 16 | Adversary Case 2-06-ap-01338 Closed (Milano, Sonny) (Entered: 12/21/2006) |

```
 1  CRAIG G. STAUB, Bar No. CA 172857
    LITTLER MENDELSON
 2  A Professional Corporation
    2049 Century Park East
 3  5th Floor
    Los Angeles, CA 90067.3107
 4  Telephone: 310.553.0308
    Fax No.:   310.553.5583
 5
    Attorneys for Debtors
 6
 7
                    UNITED STATES BANKRUPTCY COURT
 8
                     CENTRAL DISTRICT OF CALIFORNIA
 9
10
11
    DONNA M. TRAPP, an individual         Case No.  LA 06 01338RN
12
              Plaintiff,
13
         v.                               [PROPOSED] ORDER PURSUANT
14                                        TO 28 U.S.C. § 1412 AUTHORIZING
    UAL CORPORATION aka UNITED             TRANSFER OF VENUE TO THE
15  AIRLINES; JONI TECHAWASHI;            UNITED STATES DISTRICT
    FRANK COLOSI; JO MARGOLF;             COURT FOR THE NORTHERN
16  and DOES 1 TO 25, inclusive,          DISTRICT OF ILLINOIS, EASTERN
                                          DIVISION
17            Defendants.

18                                        DATE: JUNE 20, 2006
                                          TIME: 10:30 A.M.
19                                        CTRM: 1645
20
21
22
23
24
25
26
27
28
```

FILED JUN 3 0 2006

ENTERED JUL - 5 2006

Firmwide:81073639.1 045589.2055

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. TRAPP, an individual<br><br>Plaintiff,<br><br>v.<br><br>UAL CORPORATION aka UNITED AIRLINES; JONI TECHAWASHI; FRANK COLOSI; JO MARGOLF; and DOES 1 TO 25, inclusive,<br><br>Defendants. | Case No. LA 06 01338ES<br><br>**ORDER PURSUANT TO 28 U.S.C. § 1412 AUTHORIZING TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**<br><br>DATE: JUNE 20, 2006<br>TIME: 10:30 A.M.<br>CTRM: 1645 |

Firmwide:81073639.1 045589.2055

1.

Debtor United Air Lines, Inc.'s ("United") motion for an order pursuant to 28 U.S.C. § 1412 transferring venue in the above captioned matter to the United States District Court for the Northern District of Illinois (the "Motion") came on regularly for hearing on June 20, 2006 in Courtroom 1645 of the above-entitled Court, the Honorable Richard M. Neiter, presiding.

The Court, having considered the evidence proffered in support of and in opposition to the Motion, having read and considered the supporting and opposition points and authorities and having heard and considered the arguments of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that United's Motion is GRANTED and this action shall be transferred, pursuant to 28 U.S.C. § 1412, to the United States District Court for the Northern District of Illinois.

Dated: Jun 30, 2006

HONORABLE RICHARD M. NEITER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

Firmwide:81073639.1 045589.2055

2.

## PROOF OF SERVICE BY MAIL

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 23, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**[PROPOSED] ORDER PURSUANT TO 28 U.S.C. 1412 AUTHORIZING TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

in a sealed envelope, postage fully paid, addressed as follows:

Donna Trapp
6615 Pacific Avenue
Apt. 101
Playa Del Rey, CA 90290

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 23, 2006, at Los Angeles, California.

_____
Barbara Nikitas

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

PROOF OF SERVICE