# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6247 | **DATE** | 3/10/2008 |
| **CASE TITLE** | United Airlines vs. Donna Trapp | | |

**DOCKET ENTRY TEXT**

This matter is referred to the Bankruptcy Court as related to the United Airlines Bankruptcy Case, case # 02 B 48191, pursuant to IOP15(a). The Clerk's Office is directed to transmit the record to the Bankruptcy Court for the Northern District of Illinois -Eastern Division. Civil case terminated.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|